1
2
3
4
5  UNITED STATES DISTRICT COURT
6  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7  OAKLAND DIVISION
8

| | |
|---|---|
| RONALD BOYEDE OLAJEDE, FEDERAL TRADE COMMISSION, CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN FINANCIAL SOLUTIONS, EQUIFAX INFORMATION SERVICES, TRANUNION L.L.C., GREAT LAKES/DEPARTMENT OF EDUCATION, TD AUTO FINANCE, LLC,<br><br>Defendants. | Case No:  C 13-1232 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE IF CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Phyllis J. Hamilton to consider whether it is related to <u>Ronald Boyede Olajide v. Great Lakes, et al.</u>, No. 13-80025 MISC PJH.

IT IS SO ORDERED.

Dated: May 22, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RONALD BOYEDE OLAJIDE,

       Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, ET AL. et al,

       Defendant.
_____/

Case Number: CV13-01232 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Boyede Olajide
c/o 4200 Park Blvd. #137
Non Domestic
Oakland, CA 94602

Dated: May 23, 2013

                                 Richard W. Wieking, Clerk

                                      By: Lisa Clark, Deputy Clerk