UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD BOYEDE OLAJIDE,

    Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, et al.,

    Defendants.

_____/

No. C 13-1232 PJH

**ORDER OF DISMISSAL**

Plaintiff Ronald Boyede Olajide having failed to file an amended complaint within the deadline set by the court's order of May 31, 2013, the court finds that the above-entitled action must be DISMISSED.

**IT IS SO ORDERED.**

Dated: July 9, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge